IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. HEMSLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICER LUNGER,<br><br>        Defendant. | No. C 09-6002 LHK (PR)<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME AS MOOT |

     Plaintiff, a state prisoner, filed the instant *pro se* prisoner second amended complaint under 42 U.S.C. § 1983.  On July 1, 2011, Defendant filed a request to modify the Court's order of service directing him to file a dispositive motion by July 13, 2011.  The Court construes Defendant's request as a motion for extension of time.  However, Defendant filed a timely motion for summary judgment on July 12, 2011.  Accordingly, Defendant's motion is denied as moot.

     This order terminates docket no. 27.

     IT IS SO ORDERED.

DATED:   7/29/11

LUCY H. KOH
United States District Judge

Order Denying Defendant's Motion for Extension of Time as Moot
P:\PRO-SE\SJ.LHK\CR.09\Hemsley002-Defendant-eot.wpd