IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. HEMSLEY, | ) | No. C 09-6002 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OFFICER LUNGER, | ) | |
| Defendant. | ) | |

    The Court has granted Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/23/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.09\Hemsley002jud.wpd