IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. HEMSLEY, | No. C 09-6002 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| OFFICER LUNGER, | |
| Defendant. | |

The Court has granted Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/23/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.09\Hemsley002jud.wpd